**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HARVARD IMMIGRATION AND REFUGEE CLINICAL PROGRAM, 6 Everett Street, Suite 3103 (WCC), Cambridge, MA 02138 | Docket No. 1:22-cv-10301 |

HARVARD IMMIGRATION AND REFUGEE
CLINICAL PROGRAM,
6 Everett Street, Suite 3103 (WCC),
Cambridge, MA 02138

Docket No. 1:22-cv-10301

                              Plaintiff,

        v.

UNITED STATES CUSTOMS AND BORDER
PROTECTION,
1300 Pennsylvania Ave. NW,
Washington, DC 20229

                              Defendant.

**AFFIDAVIT OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 4(l), I hereby declare that service of the complaint and summonses in the above-captioned litigation has taken place in the following manner:

1. On February 23, 2022, Plaintiff Harvard Immigration and Refugee Clinical Program ("The Program") initiated the above-captioned matter in the U.S. District Court for the District of Massachusetts. On February 23, 2022, the Court issued signed summonses for service. On February 28, 2022, I served the summonses and copies of the complaint on the U.S. Attorney for the District of Massachusetts Civil Process Clerk, the U.S. Attorney General, and U.S. Customs and Border Protection. Service was effectuated by Certified U.S. Mail, First Class, return-receipt requested. *See* Fed. R. Civ. P. 4(i).

2. According to USPS Tracking, service of process was effectuated on March 1, 2022, on the U.S. Attorney for the District of Massachusetts, Civil Process Clerk, at John Joseph Moakley United States Federal Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210.  True and correct copies of the Certified Mail Receipt, Return Receipt, and USPS Tracking Results demonstrating service on the U.S. Attorney for the District of Massachusetts are attached in Exhibit A.

3. According to USPS Tracking, service of process was effectuated on March 7, 2022, on the U.S. Attorney General at 950 Pennsylvania Avenue, NW, Washington, DC 20530.  True and correct copies of the Certified Mail Receipt, Return Receipt, and USPS Tracking Results demonstrating service on the U.S. Attorney General are attached in Exhibit B.

4. According to USPS Tracking, service of process was effectuated on March 3, 2022, on Defendant U.S. Customs and Border Protection at 1300 Pennsylvania Ave. NW, Washington, DC 20229.  True and correct copies of the Certified Mail Receipt and USPS Tracking Results demonstrating service on U.S. Customs and Border Protection are attached in Exhibit C.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 30, 2022

Respectfully submitted,

By: /s/George Biashvili
George Biashvili, Law Student
HARVARD IMMIGRATION AND
REFUGEE CLINICAL PROGRAM,
HARVARD LAW SCHOOL
6 Everett Street, Wasserstein 3103
Cambridge, Massachusetts 02138
Telephone: 617.384.7504
gbiashvili.jd22@hlsclinics.org

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2022, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by email to all parties by operation of this court's electronic filing system.  Parties may access this filing through the court's CM/ECF system.

Dated: March 30, 2022

Respectfully submitted,

By: /s/ Sabrineh Ardalan
Sabrineh Ardalan (BBO #706806)
Sameer Ahmed (BBO #688952)
George Biashvili, Law Student
HARVARD IMMIGRATION AND
REFUGEE CLINICAL PROGRAM,
HARVARD LAW SCHOOL
6 Everett Street, Wasserstein 3103
Cambridge, Massachusetts 02138
Telephone: 617.384.7504
sardalan@law.harvard.edu
sahmed@law.harvard.edu