# APPENDIX A

# USPS Tracking®

FAQs >

## Track Another Package +

Tracking Number: 70180360000027577179

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 11:28 am on March 1, 2022 in BOSTON, MA 02210.

**USPS Tracking Plus® Available** ⌄

Feedback

## ✓ Delivered, Front Desk/Reception/Mail Room

March 1, 2022 at 11:28 am
BOSTON, MA 02210

**Get Updates** ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney's Office for District of MA
Civil Process Clerk
John Joseph Moakley U.S. Federal
Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

9590 9402 7028 1225 5392 00

2. Article Number *(Transfer from service label)*

7018 0360 0000 2757 7179

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____  ☑ Agent  ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

MAR 04 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
  Mail Restricted Delivery
  0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Boston, MA 02210

OFFICIAL USE

| Certified Mail Fee | $3.75 | 0138 |
| $ | $3.05 | 05 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery  $

Postmark
Here

Postage  $3.36
$
Total Postage and Fees  $10.16
$

02/28/2022

Sent To U.S. Attorney's Office of District of MA
Street and Apt. No., or PO Box No. 1 Courthouse Way, Suite 9200
City, State, ZIP+4® Boston, MA 02210

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# APPENDIX B

# USPS Tracking®

FAQs >

## Track Another Package **+**

Remove ✕

**Tracking Number:** 70180360000027577155

Your item was picked up at a postal facility at 4:47 am on March 7, 2022 in WASHINGTON, DC 20530.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, Individual Picked Up at Postal Facility

March 7, 2022 at 4:47 am
WASHINGTON, DC 20530

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

---

See Less ⌃

**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of Justice
Merric B. Garland
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

9590 9402 7028 1225 5391 94

2. Article Number (Transfer from service label)

7018 0360 0000 2757 7155

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

MAR 07 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530    OFFICIAL USE

| Certified Mail Fee | $3.75 | | 0138 |
|---|---|---|---|
| $ | $3.05 | | 05 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery    $ $0.00
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery    $

Postmark
Here

Postage    $3.36
$

Total Postage and Fees    $10.16
$

02/28/2022

Sent To U.S. DOJ, Merric Garland, U.S. Attorney Gen.

Street and Apt. No., or PO Box No. 950 Pennsylvania Ave, NW

City, State, ZIP+4® Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# APPENDIX C

# USPS Tracking®

FAQs >

## Track Another Package +

Remove ✕

**Tracking Number:** 70180360000027577162

Your item was delivered to an individual at the address at 11:03 am on March 3, 2022 in WASHINGTON, DC 20229.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, Left with Individual

March 3, 2022 at 11:03 am
WASHINGTON, DC 20229

**Get Updates** ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

Feedback

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20229

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.75 | 0138 |
| $ | $3.05 | 05 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)        $ $0.00
- ☐ Return Receipt (electronic)      $ $0.00
- ☐ Certified Mail Restricted Delivery  $ $0.00
- ☐ Adult Signature Required         $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$3.36
$

Total Postage and Fees
$10.16
$

02/28/2022

Sent To *Office of Chief Counsel, U.S. CBP*
Street and Apt. No., or PO Box No. *1300 Pennsylvania Ave, Suite 4.4-B*
City, State, ZIP+4® *Washington, DC 20229*

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7018 0360 0000 2757 7162