IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARVARD IMMIGRATION AND REFUGEE CLINICAL PROGRAM,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>Defendant. | Case No. 1:22-cv-10301-LTS |

STATUS REPORT

Plaintiff Harvard Immigration and Refugee Clinical Program ("Plaintiff") and Defendant U.S. Customs and Border Protection ("Defendant" or "CBP") (collectively "Parties") hereby submit this Status Report in accordance with the Court's Order.  The Parties have reached an agreement regarding attorneys' fees, and request 60 days in order to give the Parties' time to finalize the settlement. The Parties therefore request that the Court order the filing of another status report on or before March 16, 2026 in order to give the Parties time to finalize the settlement.

Dated: January 16, 2026

                        Respectfully submitted,
                        PLAINTIFF

                        By its counsel,

                        s/ Sabrineh Ardalan
                        Sabrineh Ardalan (BBO# 706806)
                        HARVARD IMMIGRATION AND
                        REFUGEE CLINICAL PROGRAM
                        HARVARD LAW SCHOOL
                        6 Everett Street, Wasserstein 3103
                        Cambridge, Massachusetts 02138
                        Telephone: 617.384.7504
                        sardalan@law.harvard.edu

DEFENDANT

LEAH B. FOLEY
United States Attorney

By: s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney
Deputy Chief, Civil Division
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3284
Rayford.Farquhar@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by email to all parties by operation of this court's electronic filing system. Parties may access this filing through the court's CM/ECF system.

Dated: January 16, 2026

s/ Sabrineh Ardalan
Sabrineh Ardalan